■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GUSTAVO MARTINEZ, Appellant. [47 NYS3d 708]—

Judgment, Supreme Court, New York County (Ronald A. Zweibel, J.), rendered April 24, 2014, convicting defendant, upon his plea of guilty, of attempted criminal contempt in the second degree, and sentencing him to a term of four months, unanimously affirmed.

Defendant has not established that the narrow exception to the preservation requirement applies to his *Peque* claim (*see People v Peque*, 22 NY3d 168, 182-183 [2013], *cert denied* 574 US —, 135 S Ct 90 [2014]). The record establishes that defendant was informed of his potential deportation by way of the notice of immigration consequences served upon him by the People months before his guilty plea (*see e.g. People v Diakite*, 135 AD3d 533 [1st Dept 2016], *lv denied* 27 NY3d 1131 [2016]). We decline to review this unpreserved claim in the interest of justice. In any event, the circumstances of the plea render it highly unlikely that defendant could make the requisite showing of prejudice under *Peque* (22 NY3d at 198-201) if granted a hearing. Concur—Friedman, J.P., Andrias, Feinman, Kapnick and Gesmer, JJ.